**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alirio SILVA–MONTOYA,**
**Defendant–Appellant.**

**No. 10–11682**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 10, 2011.

Tiffany Hope Eggers, Pamela A. Moine, U.S. Attorney's Office, Pensacola, FL, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Gwendolyn L. Spivey, Federal Defender Office, Tallahassee, FL, for Defendant–Appellant.

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Alirio Silva–Montoya in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant, because counsel believes that the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues of merit, counsel's motion to withdraw is **GRANTED,** and Silva–Montoya's conviction and sentence are **AFFIRMED.**